RECEIVED

(Revised 10/01) Admission Pro Hac Vice

02 AUG 13 PM 1:46

# UNITED STATES DISTRICT COURT

CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 0:02cv304 DWF/AJB

Case Title: Network Executive Sofftware, Inc. v. S2 Systems, Inc.

### Affidavit of Movant

I, Brian F. Schroeder ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Priscilla L. Dunckel , an attorney admitted to practice in the Northern District of Texas ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant S2 Systems, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 0183143 MN Attorney License # | 8/9/02 Date

### Affidavit of Proposed Admittee

I, Priscilla L. Dunckel , am currently a member in good standing of the U.S. District Court for Northern District of Texas , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Priscilla L. Dunckel Type/Print Name | [signature] Signature | 8-7-02 Date

Attorney License Number: 00787403

Law Firm Name & Address: Baker Botts, L.L.P., 2001 Ross Avenue, Suite 600, Dallas, Texas 75201

Telephone: 214/953-6618

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

AUG 13 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

AUG 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK