UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Network Executive Software, Inc., Plaintiff, vs. S2 Systems, Inc., Defendant. | ) | FILE NUMBER: 02-304 DWF/AJB **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties hereto, by and through their undersigned counsel, hereby stipulate that this action may be dismissed with prejudice and on the merits, each party to bear its own costs.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By Laura J. Hein
Laura J. Hein (#155160)
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612-343-2800

Dated: February 14, 2003.

SCHROEDER & SIEGFRIED, P.A.

By ______
Brian F. Schroeder (#0183143)
Attorneys for Defendant
222 South Ninth
2870 Piper Jaffray Tower
Minneapolis, Minnesota 55402-2115
Telephone: 612-339-0120

Dated: February ___, 2003.

BAKER BOTTS LLP
Priscilla L. Dunckel
2001 Ross Avenue
Dallas, TX 75201-2980
Telephone: 214-953-6618

FILED FEB 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that this action be dismissed with prejudice and on the merits, without further cost to either party.

Dated this 19th day of February, 2003.

BY THE COURT:

Donovan W. Frank
United States District Court Judge

GP:1419433 v1